In re SILBERSTEIN. (Circuit Court of Appeals, Second Circuit. October 5, 1915.) No. 105. Appeal from the District Court of the United States for

† Rehearing denied January 4, 1916.

the Southern District of New York. On motion to dismiss appeal. See, also, 225 Fed. 665. Before LACOMBE, COXE, and WARD, Circuit Judges.

PER CURIAM. The questions raised on this motion will be disposed of when the appeal comes on for argument; but appellant must promptly give notice to the other creditors, or to those of them whose address can be ascertained, that appeal has been taken and that it is coming on for argument.